B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Palm Beach Brewery Associates, LTD** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**30-0083564** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**301 Yamato Road**<br>**Ste 3101**<br>**Boca Raton, FL**          ZIP Code **33431** | Street Address of Joint Debtor (No. and Street, City, and State):          ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP Code | Mailing Address of Joint Debtor (if different from street address):          ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ■ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Palm Beach Brewery Associates, LTD |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:  - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ■ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Palm Beach Brewery Associates, LTD**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ Kenneth S. Rappaport, Esq.**
Signature of Attorney for Debtor(s)

**Kenneth S. Rappaport, Esq. 132333**
Printed Name of Attorney for Debtor(s)

**Rappaport Osborne & Rappaport PL**
Firm Name

**1300 N Federal Hwy #203**
**Boca Raton, FL 33432**

Address

_____
Telephone Number

**June 20, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Morris L. Stoltz**
Signature of Authorized Individual

**Morris L. Stoltz**
Printed Name of Authorized Individual

**Sole Stockholder, Palm Beach Brewery Assoc Inc, GP**
Title of Authorized Individual

**June 20, 2014**
Date

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Southern District of Florida

In re  **Palm Beach Brewery Associates, LTD**         Case No. _____

                                      Debtor(s)        Chapter  **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __**N/A**__.

2. The following financial data is the latest available information and refers to the debtor's condition on ____.

   a. Total assets                                              $         **0.00**

   b. Total debts (including debts listed in 2.c., below)       $         **0.00**

   c. Debt securities held by more than 500 holders:                            Approximate number of holders:

   | | | | | | | | |
   |---|---|---|---|---|---|---|---|
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ **0.00** | **0** |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ **0.00** | **0** |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ **0.00** | **0** |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ **0.00** | **0** |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ **0.00** | **0** |

   d. Number of shares of preferred stock                       **0**         **0**

   e. Number of shares common stock                             **0**         **0**

   Comments, if any:

3. Brief description of Debtor's business:

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Palm Beach Brewery Associates, LTD**                Case No.
                              Debtor(s)                      Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Aramark Uniform Services<br>POB 904035<br>Charlotte, NC 28290-4035 | Aramark Uniform Services<br>POB 904035<br>Charlotte, NC 28290-4035 | Trade debt | | 6,800.50 |
| Cargill, Inc.<br>POB 198323<br>Atlanta, GA 30384-8323 | Cargill, Inc.<br>POB 198323<br>Atlanta, GA 30384-8323 | Trade debt | | 1,808.75 |
| Cheney Brothers Inc.<br>One Cheney Wy<br>Riviera Bch, FL | Cheney Brothers Inc.<br>One Cheney Wy<br>Riviera Bch, FL | Trade debt | | 336,882.51 |
| Cintas Corporation<br>2401 Vista Pkwy W<br>West Palm Beach, FL | Cintas Corporation<br>2401 Vista Pkwy W<br>West Palm Beach, FL | Trade debt | | 41,883.92 |
| CityPlace Retail, LLC<br>c/o Niall McLachlan, Esq<br>525 Okeechobee Blvd<br>Ste 1200<br>West Palm Beach, FL 33401 | CityPlace Retail, LLC<br>c/o Niall McLachlan, Esq<br>525 Okeechobee Blvd<br>West Palm Beach, FL 33401 | Trade debt | | 76,535.66 |
| CJS Global<br>401 E Las Olas Blvd<br>Ste 130-441<br>Ft. Lauderdale, FL | CJS Global<br>401 E Las Olas Blvd<br>Ste 130-441<br>Ft. Lauderdale, FL | Trade debt | | 19,515.60 |
| Cohen, Norris et. al.<br>712 US Hwy One Ste 400<br>North Palm Beach, FL | Cohen, Norris et. al.<br>712 US Hwy One Ste 400<br>North Palm Beach, FL | Trade debt | | 6,608.24 |
| Cusano's Bakery<br>2798 SW 32 Ave<br>Pembroke Park, FL | Cusano's Bakery<br>2798 SW 32 Ave<br>Pembroke Park, FL | Trade debt | | 4,051.49 |
| Direct TV<br>POB 60036<br>Los Angeles, CA 90060-0036 | Direct TV<br>POB 60036<br>Los Angeles, CA 90060-0036 | Trade debt | | 2,183.92 |
| Fish's Wholesale<br>3700 NW 124 Ave Bay #118<br>Coral Springs, FL 33065 | Fish's Wholesale<br>3700 NW 124 Ave Bay #118<br>Coral Springs, FL 33065 | Trade debt | | 26,864.50 |
| Flatiron Capital Corp.<br>POB 27802<br>Newark, NJ 07101-7802 | Flatiron Capital Corp.<br>POB 27802<br>Newark, NJ 07101-7802 | Trade debt | | 50,101.94 |

B4 (Official Form 4) (12/07) - Cont.
In re  **Palm Beach Brewery Associates, LTD**      Case No. _____
                 Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **FreshPoint South Florida** 2300 NW 19 St Pompano Beach, FL 33069 | **FreshPoint South Florida** 2300 NW 19 St Pompano Beach, FL 33069 | Trade debt | | 16,765.52 |
| **Infinite Energy** POB 105247 Atlanta, GA 30348 | **Infinite Energy** POB 105247 Atlanta, GA 30348 | Trade debt | | 1,388.32 |
| **Jamtech Water Serices** 1387 NW 65 Ave Plantation, FL 33313 | **Jamtech Water Serices** 1387 NW 65 Ave Plantation, FL 33313 | Trade debt | | 1,361.80 |
| **Keter Environmental Services, Inc.** POB 417468 Boston, MA 02241-7468 | **Keter Environmental Services, Inc.** POB 417468 Boston, MA 02241-7468 | Trade debt | | 8,711.96 |
| **Lucente Service Company** 1414 SW 6 Ave Fort Lauderdale, FL 33315 | **Lucente Service Company** 1414 SW 6 Ave Fort Lauderdale, FL 33315 | Trade debt | | 2,223.52 |
| **National Chef Supply Warehouse** 3601 N Dixie Hwy Ste #20 Boca Raton, FL 33431 | **National Chef Supply Warehouse** 3601 N Dixie Hwy Ste #20 Boca Raton, FL 33431 | Trade debt | | 1,182.32 |
| **Precision Refrigeration** 4764 NE 12 Ave Oakland Park, FL 33334 | **Precision Refrigeration** 4764 NE 12 Ave Oakland Park, FL 33334 | Trade debt | | 18,274.00 |
| **Premier Beverage Company** POB 820410 South Florida, FL 33082 | **Premier Beverage Company** POB 820410 South Florida, FL 33082 | Trade debt | | 3,329.30 |
| **Southern Wine & Spirits** POB 90249 Lakeland, FL 33804 | **Southern Wine & Spirits** POB 90249 Lakeland, FL 33804 | Trade debt | | 1,267.35 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Sole Stockholder, Palm Beach Brewery Assoc Inc, GP of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 20, 2014**                  Signature  **/s/ Morris L. Stoltz**
                                                                                  **Morris L. Stoltz**
                                                                                  **Sole Stockholder, Palm Beach Brewery Assoc Inc, GP**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Alsco
2631 NW 17 Ln
Pompano Beach, FL 33064


Aramark Uniform Services
POB 904035
Charlotte, NC 28290-4035


Cargill, Inc.
POB 198323
Atlanta, GA 30384-8323


Cheney Brothers Inc.
One Cheney Wy
Riviera Bch, FL


Cintas Corporation
2401 Vista Pkwy W
West Palm Beach, FL


CityPlace Retail, LLC
c/o Niall McLachlan, Esq
525 Okeechobee Blvd
Ste 1200
West Palm Beach, FL 33401


CJS Global
401 E Las Olas Blvd
Ste 130-441
Ft. Lauderdale, FL


Cohen, Norris et. al.
712 US Hwy One Ste 400
North Palm Beach, FL


Cusano's Bakery
2798 SW 32 Ave
Pembroke Park, FL


Dept of Business & Professional Regulati
1940 N Monroe St
Tallahasse, FL

Direct TV
POB 60036
Los Angeles, CA 90060-0036


Discover Palm Beach County
1555 Palm Beach Lakes Ste 800
West Palm Beach, FL 33401


Fish's Wholesale
3700 NW 124 Ave Bay #118
Coral Springs, FL 33065


Flatiron Capital Corp.
POB 27802
Newark, NJ 07101-7802


Florida Community Bank, NA
c/o Joseph Ianno, Jr., Esq
525 Okeechobee Blvd
Ste 1200
West Palm Beach, FL 33401


Florida Dept of Revenue
5050 Tennessee St
Tallahassee, FL 32399


Focus Four,LLC
POB 1338
Charlotte, NC 28201


FreshPoint South Florida
2300 NW 19 St
Pompano Beach, FL 33069


Hollingbery
POB 966
Yakima, WA 98907


Hoodz of Greater Palm Beach
2234 N Federa Hwy #319
Boca Raton, FL 33431


Infinite Energy
POB 105247
Atlanta, GA 30348

```
Internal Revenue Service
Centralized Insolvency Operation
POB 7346
Philadelphia, PA 19114


Jamtech Water Serices
1387 NW 65 Ave
Plantation, FL 33313


JC Ehrlich Co, Inc
POB 13848
Reading, PA 19612


JTech Communications, Inc.
6413 Congress Ave Ste 150
Boca Raton, FL 33487


Keptclean Services
A 1753 Avenida Del Sol
Boca Raton, FL 33432


Keter Environmental Services, Inc.
POB 417468
Boston, MA 02241-7468


La Rocco's International Coffee LLC
1460 NW 1 Ct
Boca Raton, FL 33432


Lucente Service Company
1414 SW 6 Ave
Fort Lauderdale, FL 33315


Morris L. Stoltz, II
301 Yamato Rd
Ste 3101
Boca Raton, FL 33431


National Chef Supply Warehouse
3601 N Dixie Hwy Ste #20
Boca Raton, FL 33431


New Edge Networks-Earthlink Co.
1699 E Woodfield Rd Ste #360
Schaumburg, IL 60173
```

```
NuCo2 LLC
POB 901
Stuart, FL 34995-9011


Praxair Distribution Southeast
S E Dept 1222
POB 121222
Dallas, TX 75312-1222


Precision Refrigeration
4764 NE 12 Ave
Oakland Park, FL 33334


Premier Bakers
1951 NW 38 Terr.
Coconut Creek, FL 33066


Premier Beverage Company
POB 820410
South Florida, FL 33082


R.L. Schreiber Inc.
1741 NW 33 St
Pompano Beach, FL 33064


Red Book Solutions
26433 Network Pl
Chicago, IL 60673-1264


SERVE Program, Inc.
POB 14516
Ft. Lauderdale, FL 33302


South Florida Window Cleaning Services
POB 770875
Coral Springs, FL 33077


Southern Wine & Spirits
POB 90249
Lakeland, FL 33804


Staples Advantage
Dept ATL POB 405386
Atlanta, GA 30384
```

```
Stoltz Management
301 Yamato Rd Ste 3101
Boca Raton, FL 33431


White Labs, Inc.
9495 Candida St
San Diego, CA 92126
```