UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Palm Beach Brewery Associates, Ltd.                CASE NO. 14-24148-BKC-EPK
                                                   CHAPTER 11
                                                   Lead Case
      Debtor.

_____/

Palm Beach Brewery Associates, Inc.               CASE NO. 14-24149-BKC-PGH
                                                   CHAPTER 11
      Debtor.

_____/

**EMERGENCY DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS (I)
AUTHORIZING DEBTOR TO UTILIZE CASH COLLATERAL
AND (II) SCHEDULING FINAL HEARING**

**EMERGENCY PRELIMINARY HEARING REQUESTED**

**Debtor seeks immediate authority to use only that amount of
cash collateral as is necessary to avoid immediate and
irreparable harm to the estate pending a final hearing.**

PALM BEACH BREWERY ASSOCIATES, LTD ("PBBA, Ltd.")(the "Debtor"), by

and through its undersigned counsel, file this Emergency Motion for Interim and Final

Orders (i) Authorizing Debtor to Utilize Cash Collateral and (ii) Scheduling Final Hearing

(the "Motion") and states as follows:

1.     The Debtor does not concede that any party has a perfected security

interest in cash collateral.  However for purposes of this Motion and the immediate

preliminary hearing, the Debtor will presume that the Bank (defined below) has an

interest in cash collateral and that said interest is first priority.[1]

---

[1] IGT Media Holdings, Inc. ("IGT") may have an interest in cash collateral that supersedes the Bank.  However, the amount owed to IGT is insignificant and is currently estimated at $2,700.  Nevertheless, IGT is receiving notice of this Motion.

2.      Debtor needs immediate authority to use the cash collateral to fund Debtor's day-to-day operations and ultimately achieve a successful reorganization. Specifically, Debtor requires the use of cash collateral for the payment of the operating expenses included in the Budget (defined below). The foregoing expenses are reasonable and necessary business expenses which must be paid in order to maintain and preserve its assets and to continue the operation of its business.  Debtor currently has no present alternative borrowing source from which it can secure additional funding to operate its business. In sum, the failure to obtain authorization for the use of the cash collateral will be fatal to Debtor and disastrous to its creditors, both secured and unsecured.

3.      On June 20, 2014, PBBA Ltd. filed a voluntary Chapter 11 petition mainly caused by a dispute with the landlord for its restaurant premises at CityPlace in West Palm Beach, Florida.  The lease agreement and amendments thereto with the landlord are with the general partner for PBBA Ltd., which is Palm Beach Brewery Associates, Inc. ("PBBA Inc.").   PBBA Inc. also filed a voluntary Chapter 11 petition and a joint administration with PBBA Ltd is currently pending.

4.      PBBA Ltd. is a Florida limited partnership formed on November 19, 2001. PBBA Ltd. operates Brewzzi an exceptional dining and microbrewery restaurant at CityPlace in West Palm Beach.

5.      Florida Community Bank as successor in interest to Great Florida Bank (the "Bank") through a UCC-1 recorded with the State of Florida may have an interest in the Debtor's cash collateral.   A copy of the foregoing UCC-1 is attached hereto as **Exhibit "A."**  The amount owed by the Debtor to the Bank is estimated at approximately $1.6

million.  The collateral that the Bank is asserting an interest in is located at the leasehold premises at CityPlace and includes all furniture, fixtures, and equipment.  An approximate value of the foregoing collateral is estimated at approximately $1.4 million.

6.      Debtor proposes to grant the Bank a replacement lien under section 361(2) of the Bankruptcy Code (i) to the extent the Bank's cash collateral is used by Debtor, and (ii) to the extent and with the same priority in Debtor's postpetition collateral, and proceeds thereof, that the Bank holds in Debtor's prepetition collateral.

7.      Additionally, there may other secured creditors that have an interest in cash collateral.  However, because the Bank appears to be undersecured, the other secured creditors are not harmed by the Debtor's use of cash collateral.  Nevertheless, these other secured creditors are receiving notice of this Motion and said secured creditors are as follows in order of priority after the Bank: Rewards Network Establishment Services, Inc. (claim amount is approximately $115,200), Rhino Services (claim amount is approximately $unknown), and American Express (claim amount is approximately $0).   A copy of the foregoing UCC-1s (in addition to IGT UCC-1 referenced in footnote herein) are attached hereto as **Composite Exhibit "B."**

8.      Debtor proposes to grant the other secured creditors referenced above a replacement lien under section 361(2) of the Bankruptcy Code (i) to the extent the other secured creditor's cash collateral is used by Debtor, and (ii) to the extent and with the same priority in Debtor's postpetition collateral, and proceeds thereof, that the other secured creditors hold in Debtor's prepetition collateral.

9.      In order to have a chance at reorganizing, the Debtor needs to continue operating.  As such, it needs to be able to use the cash in its bank accounts and generated from its account receivables.

10.     The Debtor has no alternative source of funding and must be permitted to use its cash to operate its business.

11.     Unless this Court authorizes the use of cash collateral, Debtor will be unable to meet its needs, and will be unable to operate its business or have any chance of effectuating a successful reorganization, which will likely force the Debtor to shut down.

12.     It is Debtor's intention to use the cash collateral to pay ordinary and necessary expenses.  A proposed budget is attached hereto as **Exhibit "C"** ("Budget").

13.     Pursuant to Rule 4001(b) of the Federal Rules of Bankruptcy Procedure, a proposed form order is attached hereto as **Exhibit "D."**

14.     In an effort to resolve the issues herein the undersigned counsel discussed the use of cash collateral and the Budget with Attorney for the Bank.  However, at the time of filing this Motion, the parties did not have an agreement on the use of cash collateral.

**WHEREFORE**, Debtor PBBA, Ltd. requests this Court to enter an Order Authorizing Use of Cash Collateral, and for such other and further relief as is just.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by regular mail or electronically where available to all appearances, interested parties and to the 20 largest creditors on the attached list this the 20th day of June, 2014.

*I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).*

RAPPAPORT OSBORNE & RAPPAPORT, PL

Attorneys for Debtor in Possession
Squires Building, Suite 203
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone:  (561) 368-2200

BY:___/s/_____
    KENNETH S. RAPPAPORT, ESQ.
    Florida Bar No. 132333
    TAREK K. KIEM, ESQ.
    Florida Bar No. 637041

SERVICE LIST:

- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov

*See next page for list…*

Joseph Ianno, Jr., Esq., Henry S. Wulf, Esquire, Carlton Fields, P.A., P.O. Box 150,

West Palm Beach, FL 33402 jianno@carltonfields.com, hwulf@carltonfield.com

James S. Telepman, Esq., Cohen Norris Wolmer Ray Telepman & Cohen, 712 US

Highway One, Suite 400, North Palm Beach, FL 33408 jst@fcohenlaw.com

Label Matrix for local noticing
113C-9
Case 14-24148-EPK
Southern District of Florida
West Palm Beach
Fri Jun 20 11:57:14 EDT 2014

Palm Beach Brewery Associates, LTD
301 Yamato Road
Ste 3101
Boca Raton, FL 33431-4930

Alsco
2631 NW 17 Ln
Pompano Beach, FL 33064-1539

Aramark Uniform Services
POB 904035
Charlotte, NC 28290-4035

CJS Global
401 E Las Olas Blvd
Ste 130-441
Ft. Lauderdale, FL 33301-2210

Cargill, Inc.
POB 198323
Atlanta, GA 30384-8323

Cheney Brothers Inc.
One Cheney Wy
Riviera Bch, FL 33404-7000

Cintas Corporation
2401 Vista Pkwy W
West Palm Beach, FL 33411-5612

CityPlace Retail, LLC
c/o Niall McLachlan, Esq
525 Okeechobee Blvd
Ste 1200
West Palm Beach, FL 33401-6350

Cohen, Norris et. al.
712 US Hwy One Ste 400
North Palm Beach, FL 33408-4521

Cusano's Bakery
2798 SW 32 Ave
Pembroke Park, FL 33023-7702

Dept of Business & Professional Regulati
1940 N Monroe St
Tallahasse, FL 32303-4700

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Discover Palm Beach County
1555 Palm Beach Lakes Ste 800
West Palm Beach, FL 33401-2343

Fish's Wholesale
3700 NW 124 Ave Bay #118
Coral Springs, FL 33065-2432

Flatiron Capital Corp.
POB 27802
Newark, NJ 07101-7802

Florida Community Bank, NA
c/o Joseph Ianno, Jr., Esq
525 Okeechobee Blvd
Ste 1200
West Palm Beach, FL 33401-6350

Florida Dept of Revenue
5050 Tennessee St
Tallahassee, FL 32399-0100

Focus Four,LLC
POB 1338
Charlotte, NC 28201-1338

FreshPoint South Florida
2300 NW 19 St
Pompano Beach, FL 33069-5227

Hollingbery
POB 966
Yakima, WA 98907-0966

Hoodz of Greater Palm Beach
2234 N Federa Hwy #319
Boca Raton, FL 33431-7710

Infinite Energy
POB 105247
Atlanta, GA 30348-5247

Internal Revenue Service
Centralized Insolvency Operation
POB 7346
Philadelphia, PA 19101-7346

JC Ehrlich Co, Inc
POB 13848
Reading, PA 19612-3848

JTech Communications, Inc.
6413 Congress Ave Ste 150
Boca Raton, FL 33487-2823

Jamtech Water Serices
1387 NW 65 Ave
Plantation, FL 33313-4503

Keptclean Services
A 1753 Avenida Del Sol
Boca Raton, FL 33432-1743

Keter Environmental Services, Inc.
POB 417468
Boston, MA 02241-7468

La Rocco's International Coffee LLC
1460 NW 1 Ct
Boca Raton, FL 33432-1718

Lucente Service Company
1414 SW 6 Ave
Fort Lauderdale, FL 33315-1405

Morris L. Stoltz, II
301 Yamato Rd
Ste 3101
Boca Raton, FL 33431-4930

National Chef Supply Warehouse
3601 N Dixie Hwy Ste #20
Boca Raton, FL 33431-5903


New Edge Networks-Earthlink Co.
1699 E Woodfield Rd Ste #360
Schaumburg, IL 60173-4935

NuCo2 LLC
POB 901
Stuart, FL 34995-0901

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614


Praxair Distribution Southeast
S E Dept 1222
POB 121222
Dallas, TX 75312-1222

Precision Refrigeration
4764 NE 12 Ave
Oakland Park, FL 33334-4802

Premier Bakers
1951 NW 38 Terr.
Coconut Creek, FL 33066-3006


Premier Beverage Company
POB 820410
South Florida, FL 33082-0410

R.L. Schreiber Inc.
1741 NW 33 St
Pompano Beach, FL 33064-1327

Red Book Solutions
26433 Network Pl
Chicago, IL 60673-1264


SERVE Program, Inc.
POB 14516
Ft. Lauderdale, FL 33302-4516

South Florida Window Cleaning Services
POB 770875
Coral Springs, FL 33077-0875

Southern Wine & Spirits
POB 90249
Lakeland, FL 33804-0249


Staples Advantage
Dept ATL POB 405386
Atlanta, GA 30384-0001

Stoltz Management
301 Yamato Rd Ste 3101
Boca Raton, FL 33431-4930

White Labs, Inc.
9495 Candida St
San Diego, CA 92126-4541


Kenneth S Rappaport Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Direct TV
POB 60036
Los Angeles, CA 90060-0036


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients    48
Bypassed recipients     1
Total                  49

Label Matrix for local noticing
113C-9
Case 14-24149-PGH
Southern District of Florida
West Palm Beach
Fri Jun 20 11:51:05 EDT 2014

Palm Beach Brewery Associates, Inc.
301 Yamato Road
Ste 3101
Boca Raton, FL 33431-4930

CityPlace Retail, L.L.C.
c/o Joseph Ianno, Jr., Esq
525 Okeechobee Blvd
Ste 1200
West Palm Beach, FL 33401-6350

Florida Community Bank, NA
c/o Niall McLachlan, Esq
525 Okeechobee Blvd
Ste 1200
West Palm Beach, FL 33401-6350

Florida Dept of Revenue
5050 Tennessee St
Tallahassee, FL 32399-0100

Internal Revenue Service
Centralized Insolvency Operation
POB 7346
Philadelphia, PA 19101-7346

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Kenneth S Rappaport Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients     7
Bypassed recipients     1
Total                   8

 FLORIDA SECURED TRANSACTION REGISTRY

 www.chi.floc.org

FLORIDA BANKERS ASSOCIATION

## Search Results Detail

Detail Record For: 200604096648

| ◄◄ PREVIOUS | ◄ BACK TO RESULT | NEXT ► |
|---|---|---|

| Status | Date Filed | Expires | Filings Completed Thru | Summary For Filing |
|---|---|---|---|---|
| FILED | 11/09/2006 | 11/09/2016 | 06/05/2014 | 200604096648 |

Filing Events                                              Events Filed: 3

**View Filing History**

Secured Parties                                    Current Secured Parties: 1
**Name & Address**
GREAT FLORIDA BANK
15050 NW 79TH COURT MIAMI LAKES FL 33016

Debtor Parties                                        Current Debtor Parties: 2
**Name & Address**
PALM BEACH BREWERY ASSOCIATES, INC., A FLORIDA CORPORATION
301 YAMATO ROAD SUITE 3101 BOCA RATON FL 33431

PALM BEACH BREWERY ASSOCIATES, LTD., A FLORIDA LIMITED PARTNERSHIP
301 YAMOTA ROAD SUITE 3101 BOCA RATON FL 33431

Document Images                          Pages in all forms/attachments: 6

| Document Number | Type | Filing Date | Pages |
|---|---|---|---|
| 200604096648 | UCC1 | 11/09/2006 | 3 |

**EXHIBIT "A"**

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
Theda J. Collins, Esq. (954) 985-4105

**B. SEND ACKNOWLEDGEMENT TO:**
Name   Theda J. Collins, Esq.

Address   Becker & Poliakoff, P.A.

Address   3111 Stirling Road

City/State/Zip   Fort Lauderdale, FL 33312

FLORIDA SECURED TRANSACTION REGISTRY

# FILED

2006 Nov 09 AM 12:00

****** 200604096648 ******

TH

## 1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a OR 1b)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| PALM BEACH BREWERY ASSOCIATES, INC., a Florida corporation | | | | | |
| 1b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | | |
| 1c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 301 Yamato Road, Suite  3101 | | Boca Raton | Florida | 33431 | USA |
| 1d. TAX ID# 30-0062520 | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION CORPORATION | 1f. JURISDICTION OF ORGANIZATION Florida | | 1g. ORGANIZATIONAL ID# P01000113651 |

## 2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| PALM BEACH BREWERY ASSOCIATES, LTD., a Florida limited partnership | | | | | |
| 2b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | | |
| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 301 Yamato Road, Suite 3101 | | Boca Raton | FL | 33431 | USA |
| 2d. TAX ID# 30-083564 ☐ | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION LIMITED PARTNERSHIP | 2f. JURISDICTION OF ORGANIZATION FLORIDA | | 2g. ORGANIZATIONAL ID# A01000001577 |

## 3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| GREAT FLORIDA BANK | | | | | |
| 3b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | | |
| 3c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 15050 NW 79TH Court | | Miami Lakes | FL | 33016 | USA |

## 4. This FINANCING STATEMENT covers the following collateral:

Contracts, leases, plans, specifications, permits, furniture, furnishings, fixtures and equipment located in, on and about the property described Space No. B-19 in the Palladium at City Place, comprising approximately 8,500 square feet of floor area and 1,500 square feet of patio area, in West Palm Beach, Florida (the "Property"); the accounts, rents, income, royalties, deposits, proceeds of claims, licenses, water rights, intangibles, good will, instruments, documents and each and every asset and property of Debtor involving or relating to the Property, and as further described on Exhibit "A" attached hereto and made a part hereof.

| 5. ALTERNATE DESIGNATION (if applicable) | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR |
|---|---|---|---|
| | AG. LIEN | NON-UCC FILING | SELLER/BUYER |

## 6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX

☒ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☐ Florida Documentary Stamp Tax is not required.

| 10c. MAILING ADDRESS<br>301 Yamato Road, Suite 3101 | | CITY<br>Boca Raton | | STATE<br>FL | POSTAL CODE<br>33431 | COUNTRY<br>USA |
|---|---|---|---|---|---|---|
| 10d. TAX ID# ☐ | REQUIRED ADD'L INFO<br>RE: ORGANIZATION<br>DEBTOR | 10e. TYPE OF ORGANIZATION | 10f. JURISDICTION OF ORGANIZATION | | 10g. ORGANIZATIONAL ID#<br><br>NONE | |

**11. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)– INSERT ONLY ONE SECURED PARTY NAME (11a OR 11b)**

| 11a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 11b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 11c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

| 12. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.<br><br>13. Description of real estate:<br>SEE EXHIBIT "B" ATTACHED HERETO AND MADE A PART HEREOF<br><br>14. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest): | 15. Additional collateral description: |
|---|---|
| | 16. Check only if applicable and check only one box.<br><br>Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate |
| | 17. Check only if applicable and check only one box.<br>☐ Debtor is a TRANSMITTING UTILITY<br>☐ Filed in connection with a Manufactured-Home Transaction – effective 30 years<br>☐ Filed in connection with a Public-Finance Transaction – effective 30 years |

STANDARD FORM - FORM UCC-1-ADDENDUM (REV.12/2001)       Filing Office Copy       Approved by the Secretary of State, State of Florida

## Instructions for State of Florida UCC Financing Statement Form (Form UCC-1)

- Please type or laser-print this form. Be sure it is completely legible. Read all instructions on form. Forms must be completed according to Florida state law.
- Fill in form very carefully. If you have questions, consult your attorney. Filing office cannot give legal advice.
- Processing fees are set by the Florida Legislature, are non-refundable, and are subject to change. To verify processing fees, contact FLORIDAUCC, Inc. at (850) 222-8526 or email help@floridaucc.com.
- Make checks payable to FLORIDAUCC, Inc. or the Florida Department of State.
- Send ONE copy of each filing request, with the appropriate non-refundable processing fee to:

  1ˢᵗ Class Mail                    Overnight Courier Service
  FLORIDAUCC, Inc.                  FLORIDAUCC, Inc.
  PO Box 5588                       2670 Executive Center Circle West, Suite 100
  Tallahassee, FL 32314            Tallahassee, FL 32301

- The acknowledgement copy will be returned to the address indicated in block B.
- Do not insert anything in the open space in the upper right hand portion of this form; it is reserved for filing office use.
- If you need to use attachments, you are encouraged to use the State of Florida Uniform Commercial Code Financing Statement Form – Addendum.

FTL_DB: 970862_1

FTL_DB: 1010005_1

## EXHIBIT "A"

Debtor hereby pledges and assigns to the Secured Party and grants to the Secured Party, a continuing security interest in and lien on the following described properties assets and rights of the Debtor (hereinafter, sometimes called, collectively, the "Collateral") and all replacements thereof:

(a) all income, rents, royalties, issues, profits, proceeds and other benefits from any and all of the Property;

(b) all deposits made with or other security given to utility companies by Debtor with respect to the Property and the improvements thereon, and all advance payments of insurance premiums made by Debtor with respect thereto and all claims or demands relating to such deposits, other security and/or such insurance;

(c) all fixtures now or hereafter affixed to the Property, including all buildings, structures and improvements of every kind and description now or hereafter erected or placed thereon and any and all machinery, motors, elevators, boilers, equipment (including, without limitation, all equipment for the generation or distribution of air, water, heat, electricity, light, fuel or refrigeration or for ventilating or air conditioning purposes or for sanitary or drainage purposes or for the removal of dust, refuse or garbage), partitions, appliances, furniture, furnishing, building service equipment, building materials, supplies, ranges, refrigerators, cabinets, laundry equipment, hotel, kitchen and restaurant equipment, computers and software, radios, television, awnings, window shades, venetian blinds, screens, carpeting and other floor coverings, lobby furnishing, elevators, cleaning and sprinkler systems, fire extinguishing apparatus and equipment, incinerators and other property of every kind and description now or hereafter placed, attached, affixed or installed in such buildings, structures, or improvements (all of such fixtures being referred to hereinafter as the "Improvements");

(d) all damages, royalties and revenue of every kind, nature and description whatsoever that Debtor may be entitled to receive from any person or entity owning or having or hereafter acquiring a right to the oil, gas or mineral rights and reservations of the Property;

(e) all proceeds and claims arising on account of any damages to or taking of the Property or the Improvements thereon or any part thereof, and all causes of action and recoveries for any loss or diminution in the value of the Property or the Improvements;

(f) all licenses (including, but not limited to, any operating licenses or similar licenses), contracts, management contracts or agreements, franchise agreements, permits, authorities or certificates required or used in connection with the ownership of, or the operation of maintenance of the Improvements;

(g) all present and future accounts, general intangibles, chattel paper, contract rights, deposit accounts, instruments and documents as those terms are defined in the Uniform Commercial Code, now or hereafter relating or arising with respect to the Property and for the use thereof or any improvements thereto, including without limitation; (i) all rights to the payment of money, including escrow proceeds arising out of the sale or other disposition of all or any portion of the Property; (ii) all plans, specification and drawings relating to the development of the Property and/or any construction thereon; (iii) all use permits, occupancy permits, development agreements, construction and building permits and all other permits and approvals required by any governmental or quasi-governmental authority in connection with the development, construction, use, occupancy or operation of the Property; (iv) any and all agreement relating to the development, construction, use, occupancy and for operation of the Property between Debtor and any contractor, subcontractor, project manager or supervisor, architect, engineer, laborer or supplier of materials; (v) all lease or rental agreements; (vi) all names under which the property is now or hereafter known and all rights to carry on business under any such names or any variant thereof; (vii) all goodwill relating to the Property and for the use, occupancy or operation thereof; (viii) all insurance proceeds and condemnation awards arising out of or incidental to the ownership, development, construction, use, occupancy or operation of the Property; (ix) all reserves, deferred payments, deposits, refunds, cost savings, bonds, insurance policies and payments of any kind relating to the Property; (x) all loan commitments issued to debtor in connection with any sale or financing of the Property; and (xi) all supplements, modifications and amendments to the foregoing;

(h) all water rights appurtenant to the Property together with all pumping plants, pipes, flumes and ditches, all rights to the use of water as well as the rights in ditches for irrigation of the Property, all water stock relating to the Property, shares of stock or other evidence of ownership of any part of the Property that is owned by Debtor in common with others, and all documents of membership in any owners' or members' association or similar group having responsibility for managing or operating any part of the Property;

(i) all landscaping, trees and other plants and crops growing on the Property;

(j) proceeds of any voluntary or involuntary disposition or claim respecting any thereof (pursuant to judgment, condemnation award or otherwise) and all goods, documents, instruments, general intangibles, chattel paper and accounts, wherever located, acquired with cash proceeds of any of the foregoing or proceeds thereof. The following collateral is, or is to be, affixed to, or located on, or related to the premises legally described on Exhibit "A" attached hereto and made a part hereof

FSTR FLORIDA SECURED TRANSACTION REGISTRY



www.____.org

FLORIDA BANKERS ASSOCIATION

## Search Results Detail

Detail Record For: 20050024568X

| PREVIOUS | | BACK TO RESULTS | | NEXT >> |

| Status | Date Filed | Expires | Filings Completed Thru | Summary For Filing |
|--------|-----------|---------|------------------------|--------------------|
| FILED | 07/22/2005 | 07/22/2015 | 06/05/2014 | 20050024568X |

Filing Events                                                    Events Filed: 1

**View Filing History**

Secured Parties                                        Current Secured Parties: 1
**Name & Address**
IGT MEDIA HOLDINGS INC
600 NE 36TH STREET MIAMI FL 33137

Debtor Parties                                          Current Debtor Parties: 2
**Name & Address**
PALM BEACH BREWERY ASSOCIATES LTD
700 S. ROSEMARY AVE. WEST PALM BEACH FL 33401

BREWZZI D/B/A
700 S. ROSEMARY AVE. WEST PALM BEACH FL 33401

Document Images                              Pages in all forms/attachments: 3

| Document Number | Type | Filing Date | Pages |
|-----------------|------|-------------|-------|
| 20050024568X | UCC1 | 07/22/2005 | 2 |

**EXHIBIT "B"**

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
IGT Media Holdings Inc
600 NE 36 St
Miami, FL 33137
```

FLORIDA SECURED TRANSACTION REGISTRY

# FILED
2005 Jul 22 AM 12:00
****** 20050024568X ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: Palm Beach Brewery Associates Ltd

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 700 S. Rosemary Ave. | W. Palm Beach | FL | 33401 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 30-0083564 | | Corp | Florida | ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME: Brewzzi d/b/a

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 700 S. Rosemary Ave. | W. Palm Beach | FL | 33401 | USA |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 30-0083564 | | d/b/a | Florida | ☒ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: IGT Media Holdings Inc

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 600 NE 36th St | Miami | FL | 33137 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All of the debtor's personal property, equipment, accounts, accounts receivable, inventory, intangible property and liquor license. In addition, this security agreement encompasses the following property wherever located, whether now owned or hereinafter acquired. See exhibit "A".
Located at: 700 S Rosemary Ave., W. Palm Beach, FL 33401
State of Florida

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|---|

B. OPTIONAL FILER REFERENCE DATA

976059-Florida Documentary Tax Stamp is not required

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

Created From: UCC KWIK DOC Inc, P.O. Box 3205, Palm Beach, FL 33480

PALM BEACH BREWERY ASSOCIATES LTD

EXHIBIT "A" TO UCC-1          BREWZZI d/b/a
                        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                        (TYPE DEBTOR CORP AND D/B/A)

Filing includes security interest in all of the following property of the debtor:

All telephone equipment, computer systems, point of sale systems including computers and terminals and keyboards, printers, cash registers, lamps, stereo equipment including all components, amplifiers, tuners, CD players, tape players and speakers, televisions, vhs/vcr players and components, pinball machines, typewriters, desks, chairs, tables, bases, filing cabinets, furniture including couches and armchairs, barstools, booths, lobster tanks, ice cream machines, dishwasher machines, safes and contents thereof, slicing machines, mixers, espresso machines, coffee makers, beer boxes, pianos, counters including bolt-down but including not permanently incorporated, linen, napkins, matches, 1 door refrigerators, 2 door refrigerators, reach-in refrigerators, wine dispensers, ovens including microwave ovens and convection ovens and pizza ovens and wood-burning ovens and conventional ovens, stoves, ranges, pots and pans, glassware, china and dishes including cups, saucers, plates, and bowls, flatware including knives, forks, spoons, and serving utensils, shelving including cooler and storerooms, liquor, beer, wines, and champagnes, stainless steel work tables, shelves and counters, stainless steel sinks, ice machines and ice making equipment, bars that are free-standing and/or bolted in, chicken roasting equipment, rotisseries, freezers, soda machines, vending machines, washing machines and dryers, pool tables and game tables, trays and tray stands, outdoor furniture, umbrellas, fryers and grills, artwork including all pictures, picture frames, sculptings, vases, paintings, and photographs, decorations, podiums and maitre'd stands, public address systems including microphones and speakers, menu boards, rugs and moveable floor coverings, hand trucks, soda dispenser equipment, salamanders, Hobart Equipment, Southbend equipment, Bakerspride equipment, Viking equipment.





FLORIDA SECURED TRANSACTION REGISTRY

## Search Results Detail

Detail Record For: 201003158887

| PREVIOUS | | BACK TO RESULTS | | | NEXT |
|---|---|---|---|---|---|

| Status | Date Filed | Expires | Filings Completed Thru | Summary For Filing |
|---|---|---|---|---|
| FILED | 09/07/2010 | 09/07/2015 | 06/05/2014 | 201003158887 |

Filing Events                                                            Events Filed: 0

Secured Parties                                                    Current Secured Parties: 1
**Name & Address**
REWARDS NETWORK ESTABLISHMENT SERVICES INC.
2N RIVERSIDE PLAZA SUITE 950 CHICAGO IL 60606

Debtor Parties                                                      Current Debtor Parties: 1
**Name & Address**
PALM BEACH BREWERY ASSOCIATES, LTD.
700 S ROSEMARY AVE WEST PALM BEACH FL 33401

Document Images                                            Pages in all forms/attachments: 1

| Document Number | Type | Filing Date | Pages |
|---|---|---|---|
| 201003158887 | UCC1 | 09/07/2010 | 1 |

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] |
|---|
| Phone:(800) 331-3282  Fax: (818) 662-4141 |

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

15702 REWARDS NETWO[

CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

25151754

FLFL

**FLORIDA SECURED TRANSACTION REGISTRY**

# FILED

2010 Sep 07 10:10 AM

****** 201003158887 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| Palm Beach Brewery Associates, Ltd. |  |  |  |  |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
|  |  |  |  |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 700 S Rosemary Ave | West Palm Beach | FL | 33401 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |  |
|---|---|---|---|---|---|
|  |  | LP | FL | A01000001577 | □ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
|  |  |  |  |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
|  |  |  |  |  |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |  |
|---|---|---|---|---|---|
|  |  |  |  |  | □ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| Rewards Network Establishment Services Inc. |  |  |  |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
|  |  |  |  |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2N Riverside Plaza Suite 950 | Chicago | IL | 60606 | USA |

4. This FINANCING STATEMENT covers the following collateral:

1. Collateral Securing Obligations to Secured Party: All of Obligor's personal property and fixtures, tangible and intangible, wherever located, whether now owned or hereafter acquired or arising, and all proceeds and products thereof (the "Collateral"), including without limitation: all equipment, furniture, artwork, inventory, instruments, investment property, documents, general intangibles, deposits, contract rights, trademarks, tradenames, patents, supporting obligations, payment intangibles, chattel paper, commercial tort claims, licenses, liquor licenses, permits, franchise agreements, payments due from credit card and bank card companies or processors, accounts receivable, accounts, leases, deposit accounts, refunds of bonds, monies due or to become due from the State Liquor Authority and/or State Division of Alcoholic Beverage Control and, to the extent not listed above as original collateral, all products and proceeds of all of the Collateral in whatever form, including, without limitation, all payments under insurance, whether or not Secured Party is the loss payee thereof, all proceeds of any governmental taking, and any indemnity, letter of credit (including the right to draw on such letter of credit), or guaranty payable by reason of any default under, loss of, damage to or otherwise with respect to, any of the foregoing; and 2. Sale of accounts by Obligor: All of Obligor's right, title and interest in and to those certain accounts sold by Obligor pursuant to that Certain Dining Credits Program Agreement (as amended, restated, renewed, replaced, or otherwise modified from time to time) entered into between the Obligor and Rewards Network Establishment Services Inc. ("Secured Party") and those accounts sold by Obligor to Secured Party in like agreements.

| □ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S. have been paid | ☒ Florida documentary stamp tax is not required |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|

| 5. ALTERNATIVE DESIGNATION [if applicable] | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum    [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

| 25151754 | M#101630 - Brewzzi | 7616 Florida |
|---|---|---|

Prepared by CT Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

 **FLORIDA SECURED TRANSACTION REGISTRY**



## Search Results Detail

Detail Record For: 201105113017

[ «PREVIOUS ]          [ «BACK TO RESULTS ]          [ NEXT» ]

| Status | Date Filed | Expires | Filings Completed Thru | Summary For Filing |
|--------|-----------|---------|------------------------|--------------------|
| FILED | 08/10/2011 | 08/10/2016 | 06/05/2014 | 201105113017 |

**Filing Events**                                                          Events Filed: 0

**Secured Parties**                                                Current Secured Parties: 1

**Name & Address**
REWARDS NETWORK ESTABLISHMENT SERVICES, INC.
2N RIVERSIDE PLAZA SUITE 950 CHICAGO IL 60606

**Debtor Parties**                                                   Current Debtor Parties: 1

**Name & Address**
PALM BEACH BREWERY ASSOCIATES, LTD.
700 S. ROSEMARY AVE WEST PALM BEACH FL 33401

**Document Images**                                        Pages in all forms/attachments: 1

| Document Number | Type | Filing Date | Pages |
|-----------------|------|-------------|-------|
| 201105113017 | UCC1 | 08/10/2011 | 1 |

FLORIDA SECURED TRANSACTION REGISTRY

# FILED

2011 Aug 10 10:28 AM

****** 201105113017 ******

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**201105113017**
Filing Date 08/10/2011 10:28 AM

A. NAME & PHONE OF CONTACT AT FILER (optional)
Phone:(800) 331-3282  Fax: (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)      15702 REWARDS NETWOR

CT Lien Solutions      29378661
P.O. Box 29071
Glendale, CA 91209-9071      FLFL

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PALM BEACH BREWERY ASSOCIATES, LTD. | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 700 S Rosemary Ave | West Palm Beach | FL | 33401 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION LTD | 1f. JURISDICTION OF ORGANIZATION FL | 1g. ORGANIZATIONAL ID #, if any A01000001577 | □ NONE |
|---|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | □ NONE |
|---|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Rewards Network Establishment Services Inc. | | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2N Riverside Plaza Suite 950 | Chicago | IL | 60606 | USA |

4. This FINANCING STATEMENT covers the following collateral:

1. Collateral Securing Obligations to Secured Party: All of Obligor's personal property and fixtures, tangible and intangible, wherever located, whether now owned or hereafter acquired or arising, and all proceeds and products thereof (the "Collateral"), including without limitation: all equipment, furniture, artwork, inventory, instruments, investment property, documents, general intangibles, deposits, contract rights, tradenames, trademarks, patents, supporting obligations, payment intangibles, chattel paper, commercial tort claims, licenses, liquor licenses, permits, franchise agreements, payments due from credit card and bank card companies or processors, accounts receivable, accounts, leases, deposit accounts, refunds of bonds, monies due or to become due from the State Liquor Authority and/or State Division of Alcoholic Beverage Control and, to the extent not listed above as original collateral, all products and proceeds of all of the Collateral in whatever form, including, without limitation, all payments under insurance, whether or not Secured Party is the loss payee thereof, all proceeds of any governmental taking, and any indemnity, warranty, letter of credit (including the right to draw on such letter of credit, or guaranty payable by reason of any default under, loss of, damage to or otherwise with respect to, any of the foregoing; and 2. Sale of accounts by Obligor: All of Obligor's right, title and interest in and to those certain accounts sold by Obligor pursuant to that Certain Dining Credits Program Agreement (as amended, restated, renewed, replaced, or otherwise modified from time to time) entered into between the Obligor and Rewards Network Establishment Services Inc. ("Secured Party") and those accounts sold by Obligor to Secured Party in like agreements.

| □ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22.F.S. have been paid | | ☒ Florida documentary stamp tax is not required | | | | | |
|---|---|---|---|---|---|---|---|
| 5. ALTERNATIVE DESIGNATION [if applicable] | □ LESSEE/LESSOR | □ CONSIGNEE/CONSIGNOR | □ BAILEE/BAILOR | □ SELLER/BUYER | □ AG. LIEN | □ NON-UCC FILING | |
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable] | | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | □ All Debtors | □ Debtor 1 | □ Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

| 29378661 | 101630-Brewzzi | 7616 |
|---|---|---|

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Prepared by CT Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071  Tel (800) 331-3282

 FLORIDA SECURED TRANSACTION REGISTRY

 FLORIDA BANKERS ASSOCIATION

## Search Results Detail

Detail Record For: 201207036046

PREVIOUS          BACK TO RESULTS          NEXT

| Status | Date Filed | Expires | Filings Completed Thru | Summary For Filing |
|--------|-----------|---------|------------------------|--------------------|
| FILED | 06/28/2012 | 06/28/2017 | 06/05/2014 | 201207036046 |

Filing Events                                                    Events Filed: 0

Secured Parties                                         Current Secured Parties: 1
**Name & Address**
RHINO SERVICES
245 TOWNPARK DR STE 400 KENNESAW GA 30144

Debtor Parties                                            Current Debtor Parties: 2
**Name & Address**
PALM BEACH BREWERY ASSOCIATES, LTD.
301 NE 51ST ST SUITE 3101 BOCA RATON FL 33431

BREWZZI
700 S ROSEMARY AVE WEST PALM BEACH FL 33401

Document Images                               Pages in all forms/attachments: 1

| Document Number | Type | Filing Date | Pages |
|-----------------|------|-------------|-------|
| 201207036046 | UCC1 | 06/28/2012 | 1 |

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

FLORIDA SECURED TRANSACTION REGISTRY

# FILED
2012 Jun 28 10:44 AM
****** 201207036046 ******

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone:(800) 331-3282  Fax: (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)    22443

CT Lien Solutions        33797613
P.O. Box 29071
Glendale, CA 91209-9071  FLFL

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME |
|---|
| PALM BEACH BREWERY ASSOCIATES, LTD. |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 301 NE 51st St Suite 3101 | Boca Raton | FL | 33431 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | LLP | FL | A01000001577 | NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME |
|---|
| Brewzzi |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 700 S Rosemary Ave | West Palm Beach | FL | 33401 | USA |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | LLP | FL | A01000001577 | NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |
|---|
| Rhino Services |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 245 Townpark Dr, Ste 400 | Kennesaw | GA | 30144 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All personal property of the Debtor, including without limitation accounts, chattel paper, documents, equipment, general intangibles, instruments, inventory (as those terms are defined in Article 9 of the Uniform Commercial Code in effect from time-to-time in the State of New York) wherever located, now or hereafter owned or acquired by the Merchant; (b) All trademarks, trade names, service marks, logos and other sources of business identifiers, and all registrations, recordings and applications with the U.S. Patent and Trademark Office and all renewals, reissues and extensions thereof (collectively, "Trademarks") whether now owned or hereafter acquired, together with any written agreement granting any right to use any Trademarks; and (c) All proceeds as that term is defined in Article 9 of the Uniform Commercial Code.    All of Secured Party's right, title and interest in and to presently existing and future credit card receivables due to Debtors from Debtors' credit card processors which are sold from time to time. The sale of future credit card receivables is intended to be a sale and not an assignment for security.

| | All documentary stamps due and payable or to become due and payable pursuant to s. 201.22.F.S. have been paid | [X] Florida documentary stamp tax is not required | |
|---|---|---|---|

| 5. ALTERNATIVE DESIGNATION [if applicable] | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum  [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]  [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

| 33797613 | 82628 | 27337 |
|---|---|---|

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Prepared by CT Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

 FLORIDA SECURED TRANSACTION REGISTRY

 www.floridabankers.org
FLORIDA BANKERS ASSOCIATION

## Search Results Detail

Detail Record For: 201207626420

[PREVIOUS]    [BACK TO RESULTS]    [NEXT]

| Status | Date Filed | Expires | Filings Completed Thru | Summary For Filing |
|--------|-----------|---------|------------------------|--------------------|
| FILED | 10/02/2012 | 10/02/2017 | 06/05/2014 | 201207626420 |

Filing Events                                                          Events Filed: 0

Secured Parties                                          Current Secured Parties: 1
**Name & Address**
REWARDS NETWORK ESTABLISHMENT SERVICES INC.
2 N. RIVERSIDE PLAZA SUITE 200 CHICAGO IL 60606

Debtor Parties                                             Current Debtor Parties: 1
**Name & Address**
PALM BEACH BREWERY ASSOCIATES, LTD.
700 S ROSEMARY AVE WEST PALM BEACH FL 33401

Document Images                                     Pages in all forms/attachments: 1

| Document Number | Type | Filing Date | Pages |
|-----------------|------|-------------|-------|
| 201207626420 | UCC1 | 10/02/2012 | 1 |

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone:(800) 331-3282  Fax: (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

15702 REWARDS NETWOR

CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

34998587

FLFL

**FLORIDA SECURED TRANSACTION REGISTRY**

# FILED
2012 Oct 02 09:49 AM
****** 201207626420 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME PALM BEACH BREWERY ASSOCIATES, LTD. | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS 700 S ROSEMARY AVE | CITY WEST PALM BEACH | STATE FL | POSTAL CODE 33401 | COUNTRY USA |
|---|---|---|---|---|

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION LTD | 1f. JURISDICTION OF ORGANIZATION FL | 1g. ORGANIZATIONAL ID #, if any P01000113651 ☐ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME Rewards Network Establishment Services Inc. | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS 2 N. Riverside Plaza Suite 200 | CITY Chicago | STATE IL | POSTAL CODE 60606 | COUNTRY USA |
|---|---|---|---|---|

4. This FINANCING STATEMENT covers the following collateral:

1. Collateral Securing Obligations to Secured Party: All of Debtor's personal property and fixtures, tangible and intangible, wherever located, whether now owned or hereafter acquired or arising, and all proceeds and products thereof (the "Collateral"), including without limitation: all equipment, furniture, artwork, inventory, instruments, investment property, documents, general intangibles, deposits, contract rights, trademarks, tradenames, trademarks, patents, supporting obligations, payment intangibles, chattel paper, commercial tort claims, licenses, liquor licenses, permits, franchise agreements, payments due from credit card and bank card companies or processors, accounts receivable, accounts, leases, deposit accounts, refunds of bonds, monies due or to become due from the State Liquor Authority and/or State Division of Alcoholic Beverage Control and, to the extent not listed above as original collateral, all products and proceeds of all of the Collateral in whatever form, including, without limitation, all payments under insurance, whether or not Secured Party is the loss payee thereof, all proceeds of any governmental taking, and any indemnity, warranty, letter of credit (including the right to draw on such letter of credit), or guaranty payable by reason of any default under, loss of, damage to or otherwise with respect to, any of the foregoing; and 2. Sale of accounts by Debtor: All of Debtor's right, title and interest in and to those certain accounts sold by Debtor pursuant to that Certain Dining Credits Program Agreement (as amended, restated, renewed, replaced, or otherwise modified from time to time) entered into between the Debtor and Rewards Network Establishment Services Inc. ("Secured Party") and those accounts sold by Debtor to Secured Party in like agreements.

| ☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S. have been paid | | ☒ Florida documentary stamp tax is not required | | |
|---|---|---|---|---|

| 5. ALTERNATIVE DESIGNATION [if applicable] | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]  [optional] | ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

| 34998587 | 101630 - BREWZZI | 7510 |
|---|---|---|

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Prepared by CT Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

 FLORIDA SECURED TRANSACTION REGISTRY


FLORIDA BANKERS ASSOCIATION

## Search Results Detail

Detail Record For: 201308445839

| ◄◄ PREVIOUS | | ◄ BACK TO RESULTS | | NEXT ►► | |
|---|---|---|---|---|---|
| Status | Date Filed | Expires | Filings Completed Thru | Summary For Filing |
| FILED | 02/14/2013 | 02/14/2018 | 06/05/2014 | 201308445839 |

Filing Events                                                                      Events Filed: 1

**View Filing History**

Secured Parties                                                          Current Secured Parties: 1
**Name & Address**
AMERICAN EXPRESS
200 VESSY STREET NEW YORK NY 10080

Debtor Parties                                                            Current Debtor Parties: 1
**Name & Address**
PALM BEACH BREWERY ASSOCIATES, LTD.
700 SOUTH ROSEMARY AVE WEST PALM BEACH FL 33401

Document Images                                               Pages in all forms/attachments: 2

| Document Number | Type | Filing Date | Pages |
|---|---|---|---|
| 201308445839 | UCC1 | 02/14/2013 | 1 |

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

FLORIDA SECURED TRANSACTION REGISTRY

# FILED

2013 Feb 14 09:54 AM

****** 201308445839 ******

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone:(800) 331-3282  Fax: (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

23995 AMERICAN EXPRE

CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

36972428

FLFL

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME |
|---|
| PALM BEACH BREWERY ASSOCIATES, LTD. |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 700 SOUTH ROSEMARY AVE | WEST PALM BEACH | FL | 33401 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | CORPORATION | FL | [X] NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME |
|---|
| |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | [ ] NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |
|---|
| AMERICAN EXPRESS |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 200 Vessy Street | New York | NY | 10080 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All assets of the Debtor, whether now owned or hereafter acquired or arising

| [ ] All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S. have been paid | | | | [X] Florida documentary stamp tax is not required | | | |
|---|---|---|---|---|---|---|---|
| 5. ALTERNATIVE DESIGNATION [if applicable] | [ ] LESSEE/LESSOR | [ ] CONSIGNEE/CONSIGNOR | [ ] BAILEE/BAILOR | [ ] SELLER/BUYER | | [ ] AG. LIEN | [ ] NON-UCC FILING |
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum   [if applicable] | | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) (ADDITIONAL FEE)  [optional] | | [ ] All Debtors | [ ] Debtor 1 | [ ] Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | | |
| 36972428 | | Amex Risk User | | 4091383356 | | | |

Prepared by CT Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

| Palm Beach Brewery Associates, Ltd | Budget | |
|---|---|---|
| Four Week Budget | Four Weeks | |
| | Wk 28-31 | |
| **Income** | | |
| 50100 · Sales - Food - Other | 268,000.00 | |
| 50200 · Sales - Liquor | 75,000.00 | |
| 50300 · Sales - Bottled Beer | 16,000.00 | |
| 50400 · Sales - Brewed Beer | 45,000.00 | |
| 50500 · Sales - Wine | 18,000.00 | |
| 50800 · Tabacco Sales | 3,000.00 | |
| 50700 · Sales - Retail merchandise | - | |
| 50900 · Sales - Uniforms | - | |
| 50950 · Sales - Loyalty Cards | - | |
| **Total Income** | 425,000.00 | |
| **Cost of Goods Sold** | | |
| 61600 · COGS - Tabacco | 1,500.00 | 50.00% |
| 60000 · Cost Of Sales - Food | | |
| 60100 · COS - Bakery | 4,020.00 | 1.50% |
| 60200 · COS - Dairy | 12,060.00 | 4.50% |
| 60400 · COS - Groceries | 20,100.00 | 7.50% |
| 60500 · COS - Meats | 20,100.00 | 7.50% |
| 60700 · COS - Poultry | 10,720.00 | 4.00% |
| 60800 · COS - Produce | 10,720.00 | 4.00% |
| 60900 · COS - Seafoods | 16,080.00 | 6.00% |
| Total 60000 · Cost Of Sales - Food | 93,800.00 | 35.00% |
| 61000 · Cost Of Sales - Beverages | | |
| 61100 · COS - Brewed Beers | | |
| 70400 · Brewery Payroll | | |
| 70401 · Payroll - Brewery | 4,000.00 | |
| 70403 · Payroll Taxes - Brewery | 315.00 | |
| 70404 · Workers Comp - Brewery | 75.00 | |
| 61100 · COS - Brewed Beers - Other | 5,000.00 | |
| Total 61100 · COS - Brewed Beers | 9,390.00 | 20.87% |
| 61200 · COS - Bottled Beers | 3,520.00 | 22.00% |
| 61300 · COS - Liquor | | |
| 61310 · COS - Bar other | 3,000.00 | |
| 61300 · COS - Liquor - Other | 12,000.00 | |
| Total 61300 · COS - Liquor | 15,000.00 | 20.00% |
| 61400 · COS - Wines | 4,900.00 | 25.00% |
| Total 61000 · Cost Of Sales - Beverages | 32,410.00 | |
| **Total COGS** | 127,710.00 | 30.05% |
| **Gross Profit** | 297,290.00 | 69.95% |
| **Expense** | | |
| 69999 · Controllable Expenses | | |
| 70000 · Payroll Expenses | | |
| 70100 · FOH Payroll | | |
| 70101 · Servers | 13,387.50 | 3.15% |
| 70102 · Hosts | 4,250.00 | 1.00% |
| 70103 · Bartenders | 9,350.00 | 2.20% |
| 70105 · Foodrunners | 2,550.00 | 0.60% |
| 71240 · FOH Training | 2,550.00 | 0.60% |
| Total 70100 · FOH Payroll | 32,087.50 | 7.55% |
| 70200 · BOH Labor | | |
| 70104 · Expo | 1,100.00 | 0.41% |
| 70201 · Kitchen Line | 31,000.00 | 11.57% |
| 70202 · Kitchen Prep | 9,000.00 | 3.36% |
| 70203 · Kitchen Hobart | 11,000.00 | 4.10% |
| Total 70200 · BOH Labor | 52,100.00 | 19.44% |
| 70300 · Management Payroll | | |
| 70507 · Director of Operations | 6,000.00 | 1.41% |
| 70304 · FOH - Management | | |
| 70506 · Hourly Management | 1,500.00 | |
| 70501 · Managment | 10,000.00 | |
| 70502 · General Manager | 5,000.00 | |
| Total 70304 · FOH - Management | 16,500.00 | 3.88% |

**EXHIBIT "C"**

| | | |
|---|---:|---:|
| 70305 · BOH - Management | | |
| 70204 · Sous Chef | 5,600.00 | |
| 70205 · Executive Chef | 4,150.00 | |
| Total 70305 · BOH - Management | 9,750.00 | 2.29% |
| Total 70300 · Management Payroll | 32,250.00 | 7.59% |
| 70500 · Other Payroll Expenses | | |
| 71200 · Payroll Taxes | 14,875.00 | 3.50% |
| 71250 · Employee benefits | 0.00 | 0.00% |
| 71300 · Group health insurance | 3,825.00 | 0.90% |
| 71310 · Workers compensation insurance | 2,125.00 | 0.50% |
| Total 70500 · Other Payroll Expenses | 20,825.00 | 4.90% |
| Total 70000 · Payroll Expenses | 137,262.50 | 32.30% |
| 71000 · Supplies | | |
| 71270 · Uniforms | - | 0.00% |
| 71399 · Restaurant Operating Supplies | | |
| 71400 · Paper | 3,500.00 | 0.82% |
| 71401 · Glassware | 500.00 | 0.12% |
| 71402 · Silverware | 500.00 | 0.12% |
| 71403 · China | 500.00 | 0.12% |
| 71405 · Other Rest Operating Supplies | 1,700.00 | 0.40% |
| 71410 · To Go Supplies | 2,500.00 | 0.59% |
| Total 71399 · Restaurant Operating Supplies | 9,200.00 | 2.16% |
| 71499 · Kitchen Supplies | | |
| 71500 · Chemicals | 5,700.00 | 1.34% |
| 71501 · Utensils | 1,500.00 | 0.35% |
| 71505 · Other Kitchen Supplies | 1,500.00 | 0.35% |
| Total 71499 · Kitchen Supplies | 8,700.00 | 2.04% |
| 71600 · Bar supplies | 2,200.00 | 0.52% |
| 71700 · Brewery operating supplies | 750.00 | 0.18% |
| 71900 · Linens | 3,500.00 | 0.82% |
| 73750 · Office supplies | 500.00 | 0.12% |
| 73755 · Printing and stationary | 200.00 | 0.05% |
| 73760 · Postage,Fed Exp & Shipping | 25.00 | 0.01% |
| Total 71000 · Supplies | 25,075.00 | 5.87% |
| 72240 · Repairs & Maintenace | | |
| 72248 · Repair & Maint Payroll | 750.00 | 0.18% |
| 72249 · Brewery | 1,000.00 | 0.23% |
| 72250 · Kitchen | 5,000.00 | 1.17% |
| 72251 · Restaurant | 4,000.00 | 0.94% |
| 72252 · Computers | 400.00 | 0.09% |
| 72500 · Janitorial | 4,235.76 | 0.99% |
| 72600 · Pest control | 212.00 | 0.05% |
| Total 72240 · Repairs & Maintenace | 15,597.76 | 3.65% |
| 73100 · General & Administrative | | |
| 73000 · Credit card discounts | 5,000.00 | 1.17% |
| 73022 · Equipment lease | 625.00 | 0.15% |
| 73270 · License, fees and permits | 50.00 | 0.01% |
| Total 73100 · General & Administrative | 5,675.00 | 1.33% |
| 73200 · Marketing Expenses | | |
| 53001 · Complimentary Meals | | |
| 52204 · Security - Guards & Police | 150.00 | |
| 52201 · Guest Returns | 1,000.00 | |
| 52203 · Walkouts | 50.00 | |
| 52010 · Training | 500.00 | |
| 52001 · Rewards | 200.00 | |
| 52012 · Off- Duty EMP | 75.00 | |
| 52501 · Server Errors | 125.00 | |
| 52000 · Employee discounts | 950.00 | |
| 52100 · Managers meals | 800.00 | |
| 52200 · Guest Relations | 3,500.00 | |
| 52400 · Waste | 300.00 | |
| 52500 · Kitchen Errors | 50.00 | |
| Total 53001 · Complimentary Meals | 7,700.00 | 1.80% |
| 53002 · Discounts / Promotions | | |
| Total 53002 · Discounts / Promotions | 40,000.00 | 9.37% |
| 74500 · R&D (Music and entertainment) | 500.00 | |
| 74800 · Advertising and promotion | 1,000.00 | |
| 73200 · Marketing Expenses - Other | 4,000.00 | |

| | | | |
|---|---|---|---|
| Total 73200 · Marketing Expenses | | 53,200.00 | 12.46% |
| 74999 · Utilities | | | |
| 74750 · Telephone/Communications/Music | | 350.00 | |
| 74755 · Cable TV | | 350.00 | |
| 76000 · Electric | | 5,800.00 | |
| 76015 · Natural Gas | | 1,700.00 | |
| 75020 · Trash | | 2,473.48 | |
| Total 74999 · Utilities | | 10,673.48 | 2.50% |
| 69999 · Controllable Expenses - Other | | - | |
| Total 69999 · Controllable Expenses | | 247,483.74 | 57.98% |
| | | | |
| Net Ordinary Income | | 49,806.26 | 11.67% |
| Other Income/Expense | | | |
| Other Income | | - | |
| | | | |
| Other Expense | | | |
| 76999 · Non-Controllable Expenses | | | |
| 72000 · Rent | | | 0.00% |
| 73800 · Service charges and penalties | | 0.00 | 0.00% |
| 74120 · Educational | | 100.00 | 0.02% |
| 76250 · Insurance | | 7,145.40 | 1.67% |
| 77200 · Tangible property taxes | | 511.84 | 0.12% |
| 91705 · Capital Lease Interest | | 300.00 | 0.07% |
| Total 76999 · Non-Controllable Expenses | | 8,057.24 | 1.89% |
| | | | |
| Net Income | | 41,749.02 | 9.78% |

**EXHIBIT "D"**

**PROPOSED ORDER**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Palm Beach Brewery Associates, Ltd.                    CASE NO. 14-24148-BKC-EPK
                                                       CHAPTER 11
                                                       Lead Case

      Debtor.

_____/

Palm Beach Brewery Associates, Inc.                    CASE NO. 14-24149-BKC-PGH
                                                       CHAPTER 11

      Debtor.

_____/

***INTERIM* ORDER ON EMERGENCY MOTION FOR ORDER**
**AUTHORIZING USE BY DEBTOR OF CASH COLLATERAL**

This matter came before the Court for hearing on June 20, 2014 at 3:00PM in West

Palm Beach upon Emergency Motion for Order Authorizing Use by Debtor, Palm Beach

Brewery Associates, Ltd., of Cash Collateral (the "Motion"). The Court being fully advised in

the premises, it is:

ORDERED AND ADJUDGED that:

1. The Motion is CONTINUED to a status conference on

_____at the Flagler Waterview Building, 1515 N. Flagler Dr., Room

1

801, Courtroom A, West Palm Beach, FL 33401.

2.     The Debtor in Possession Palm Beach Brewery Associates, Ltd. is authorized to use cash collateral for the line items detailed in the budget attached to the Motion until 5:00PM on _____.    The Debtor shall not exceed the budgeted line item amounts by more than 10%.

3.     Pursuant to this Court's guidelines on cash collateral motions, any adequate protection provided to creditors are subject and subordinate to fees due to the clerk of the court or the United States trustee pursuant to 28 U.S.C. §1930.

4.     To adequately protect the secured creditors in connection with the use by the Debtor of cash collateral and any other property upon which security interests and liens have been previously granted by the Debtor to the secured creditors, the Court hereby confirms the grant, assignment and pledge by the Debtor to the secured creditor of a post-petition security interest and lien (of the same validity, extent and priority as the secured creditor's pre-petition security interests) in the secured creditor's pre-petition collateral in and to (a) all proceeds from the disposition of any of the cash collateral, and (b) any and all of its goods, property, assets and interests in property in which the secured creditor held a lien or security interest prior to the petition date, whether now existing and/or owned and hereafter arising and/or acquired and wherever located by the Debtor, and proceeds thereof.  The security interests and liens granted in the post-petition collateral hereby shall be valid, perfected and enforceable security interests and liens on the collateral without further filing or recording of any document or instrument or any other actions.  Nothing in this Order shall be construed as an improvement of the secured creditor's security or security interest as of the date of the filing of the petition.  The replacement lien shall not

2

apply to any funds recovered by the Estate pursuant to avoidance actions arising under

Sections 542 through 550 of the Bankruptcy Code.


###


Submitted by:
Kenneth S. Rappaport, Esquire
Rappaport Osborne & Rappaport, PL
Attorneys for Debtor
1300 N. Federal Hwy., #203
Boca Raton, FL  33432
Tel:  561-368-2200
Facsimile:  561-338-0350
tarek@rorlawfirm.com

Tarek Kiem, Esq. is directed to serve a copy of this order to all interested parties and
file a certificate of service.